


# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> William Duke Kennedy, <br> Defendant. | Case No.: CR 22-0107-MWF <br><br> ORDER [OF DETENTION] AFTER HEARING HELD PURSUANT TO 18 U.S.C. § 3148 (B) <br><br> (Alleged Violation of Conditions of Pretrial Release) |

A.

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge Michael W. Fitzgerald, and the Court having conducted a hearing on the alleged violation(s),

B.

The Court finds

(1)

 (A) (✓) that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

 (B) (✓) that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following:

removed ankle bracelet and absconded

and

(2)

  (A) (✓) that based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community; or

  (B) (✓) that the defendant is unlikely to abide by any condition or combination of conditions of release.

and/or, in the event of (1) (A)

(3)   (✓) that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

or

(4)   ( ) that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. <u>See</u> separate order setting conditions.

    ( ) This Order shall be stayed for 72 hours in order to allow the Government to seek review from the [assigned District Judge] [criminal duty District Judge].

or

C.

(✓) IT IS ORDERED that the defendant be detained prior to trial.

DATED: 11/4/24

_[signature]_
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE